UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-cr-00354-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| MITCHELL BYRON HALES, | ) | |
| Defendant. | ) | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry No. 16 and its accompanying Exhibits be sealed until such time as requested to be unsealed by the Defendant.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the office of Counsel for the Defendant.

This 8th day of May, 2013.

_James C. Fox_
James C. Fox
Senior U.S. District Judge